# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Orenilda Gomes**

  v.            Case No. 26-cv-544-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**


## ORDER

  After the government notified the Court that Orenilda Gomes received the bond hearing she sought on July 14, 2026, <u>see</u> Doc. 11, I ordered Gomes to show cause within seven days why her petition should not be dismissed. Doc. 12. Gomes has not responded to that order to date, so her petition shall be dismissed.

  The clerk shall enter judgment accordingly and close the case.

  SO ORDERED.

            /s/  Paul Barbadoro
            Paul J. Barbadoro
            United States District Judge

July 28, 2026

cc:  Counsel of Record